# EXHIBIT 35



**Bruce Elfant, Travis County Tax Assessor-Collector and Voter Registrar**

# FACT SHEET

## Travis County non-U.S. citizen data obtained from the Texas Secretary of State and the Department of Public Safety

Updated 2/7/2019

### Timeline

**Monday, Jan. 28, 2019**: The Secretary of State's office sent Travis County a list of 4,558 voter records that they identified as possible non-citizens. Our office was advised to review the list and take action by sending letters asking for proof of citizenship.

**Tuesday, Jan. 29, 2019:** The Secretary of State's office informed Travis County by phone that the file included valid voter registration applications submitted to the Texas Department of Public Safety (DPS) by citizens. The state provided us with the code on these records to help us identify them for removal from the list. During this call, the Secretary of State's office confirmed that the records we received may include voters who were not citizens at the time they applied for a driver's license but have since become citizens. There is no code on these records to help us identify them for removal from the list.

**Wednesday, Jan. 30, 2019:** Based on the information provided by the Secretary of State, Travis County identified and removed 645 records with a code to indicate that the most recent application came from the DPS.

**Friday, Feb. 1, 2019:** Travis County completed an initial manual review of 993 voter registration records to determine if there is information that indicates the voter registered at a naturalization ceremony in Bexar or Travis County. As a result, Travis County identified and removed 656 records from the list.

**Monday, Feb. 4, 2019:** Travis County identified and removed 94 duplicate records from the list.

**Wednesday, Feb. 6, 2019:** Travis County completed a manual review of 546 voter registration records with a code that indicated the most recent action was a clerical change initiated by our office. The images were searched to determine if there is information in the record that indicates the voter registered at a naturalization ceremony in Bexar or Travis County. As a result, Travis County identified and removed 212 records from the list bringing the total voters with proof of naturalization to 868.

| Record Review Progress | |
|---|---:|
| Non-citizen list provided to Travis County by the Secretary of State | 4,558 |
| Voters removed after verification that a valid application was submitted to DPS by a citizen | 645 |
| Voters removed after verification that a valid application was submitted at a naturalization ceremony in Bexar or Travis County | 868 |
| Duplicate voters removed | 94 |
| Records still being researched | **2,951** |

NEXT STEPS

- Records will be reviewed by our office in an attempt to identify citizens and remove them from the list provided by the Secretary of State. This includes trying to determine if the voter became a citizen after applying for a driver's license but prior to registering to vote.
- There are other codes in the Secretary of State's data that will assist us with sorting records in order to analyze them. However, the initial sorting process will lead to a manual review by a member of our team. This review will allow us to compare the dates of each action taken by the voter and view every scanned application.
- The Tax Office does not know how long it will take us to complete this process. It will largely depend on what information we are able to locate to make the comparisons and what we find in the data. Examples of our manual review to remove citizens from the list include:
  - Determining if there is a valid voter registration record coded from DPS that was superseded by another action, such as an address change.
  - Determining if the voter was registered by a Volunteer Deputy Registrar at a naturalization ceremony in Travis County.
  - Determining if the Travis County voter was registered at a naturalization ceremony in Bexar County; Bexar County indicated this on the application forwarded to our office.
  - Determining if there are data entry errors where applicants checked the non-citizen box and were entered into the voter registration system. The Texas Secretary of State verified the voter, resulting in an erroneous registration.
  - Determine if there are other agencies with available citizenship information that can be compared to existing voter registration records.