**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| **JULIETA GARIBAY,** *et al.* § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| **vs.** § | **Civil Action No. 2:19-cv-00040** |
| § | |
| **DAVID WHITLEY,** *et al.* § | |
| § | |
| **Defendants.** § | |

**PLAINTIFFS' APPENDIX IN SUPPORT OF THEIR EMERGENCY APPLICATION**
**FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, MOTION**
**FOR PRELIMINARY INJUNCTION**

| EXH. NO. | DOCUMENT |
|---|---|
| 1 | Election Advisory No. 2019-02, Texas Secretary of State (January 25, 2019) |
| 2 | "Notice to Registered Voter for Proof of Citizenship," Texas Secretary of State |
| 3 | Press Release, *Secretary Whitley Issues Advisory On Voter Registration List Maintenance Activity*, Texas Secretary of State (January 25, 2019) |
| 4 | Ingram Email To Counties Re: Revised Guidance, February 1, 2019 |
| 5 | OAG letter, February 8, 2019 |
| 6 | Ken Paxton (@KenPaxtonTX), Twitter (January 25, 2019, 12:37 PM) |
| 7 | Greg Abbott (@GregAbbott_TX), Twitter, (January 25, 2019, 1:57 PM) |
| 8 | President Donald J. Trump (@realDonaldTrump), Twitter (January 27, 2019, 5:22 AM) |
| 9 | Declaration of Bruce J. Elfant, Travis County Assessor-Collector |
| 10 | WITHDRAWN EXHIBIT |
| 11 | WITHDRAWN EXHIBIT |
| 12 | Declaration of Jane Doe #1 |

| EXH. NO. | DOCUMENT |
|---|---|
| 13 | Declaration of Jane Doe #2 |
| 14 | Declaration of Elena Keane (*forthcoming*) |
| 15 | Declaration of Maria Felicitas Barbosa |
| 16 | Declaration of Julieta Garibay |
| 17 | Declaration of Abraham J. Espinosa Flores |
| 18 | Declaration of Efren A. Gomez |
| 19 | Declaration of Viridiana Tule Carrizales |
| 20 | Declaration of Lorena Tule-Romain |
| 21 | Declaration of Maria Garcia |
| 22 | Declaration of Juanita Valdez-Cox, La Unión Del Pueblo Entero (LUPE) |
| 23 | Letter from County of Smith Elections Administrator  to Jane Doe #1 |
| 24 | Letter from Wood County Elections Department to Jane Doe #2 |
| 25 | Letter from Austin Voter Registrar to Maria Felicitas Barbosa |
| 26 | Letter from Galveston County Assessor and Collector of Texas to Elena Keane |
| 27 | MASS EMAIL (VR/EA/V-670) – New TEAM Workflow: DPS Non U.S. Citizen Data Comparison from Betsy Schonhoff , December 5, 2018 |
| 28 | MASS EMAIL (VR/EA/V-666) – Updated Notice and Mini-Manuals: DPS Non U.S. Citizen Data Comparison from Betsy Schonhoff , January 4, 2019 |
| 29 | MASS EMAIL (VR/EA-111) – List Maintenance (Eligibility) Webinar from Betsy Schonhoff , January 25, 2019 |
| 30 | MASS EMAIL (CC/EA/VR - 883) -- Secretary Whitley Issues Advisory On Voter Registration List Maintenance Activity from Betsy Schonhoff , January 25, 2019 |
| 31 | MASS E-MAIL ADVISORY (VR/EA/V-665) - Use of Non-U.S. Citizen Data obtained from the Department of Public Safety from Betsy Schonhoff , January 25, 2019 |
| 32 | Email Betsy Schonhoff , January 11, 2019 RE: TACA Newsletter for January |
| 33 | List Maintenance (Eligibility) Full Slide |
| 34 | Email Betsy Schonhoff , December 20, 2018 RE: Updated Notice of Examination (Proof of Citizenship Letter) |

| EXH. NO. | DOCUMENT |
|----------|----------|
| 35 | Travis County Non-Citizen Data Fact Sheet - 2019_02_07 |
| 36 | Texas voter registration form |
| 37 | James Barragán, Robert T. Garrett, and Julieta Chiquillo , *Are Non-U.S. Citizens voting in Texas? Conservatives say yes; voting rights advocates say show me*, Dallas Morning News (January 28, 2019) |
| 38 | LouAnna Campbell, *Smith County elections office looking into 297 possible non-U.S. citizens registered to vote*, Tyler Paper (January 29, 2019) |
| 39 | *American Community Survey FactFinder, Selected Characteristics of the Native and Foreign-Born Populations (Texas), United States Census Bureau (2017 5-year ACS data)*, U.S. Census Bureau |
| 40 | *AG Paxton: Texas Secretary of State's Office Discovers Nearly 95,000 People Identified by DPS as Non-U.S. Citizens are Registered to Vote in Texas*, Ken Paxton, Attorney General of Texas (January 25, 2019) |
| 41 | *Non-citizen voter registration in Texas*, KGNS-TV (January 31, 2019) |
| 42 | Alexa Ura, *Some Texas voters already are being asked to prove their citizenship after state's announcement*, The Texas Tribune (January 28, 2019) |
| 43 | James Barragán, Julieta Chiquillo, and Robert T. Garrett, *Some names in list of 98,000 potential non-citizen voters included 'in error,' county officials say, citing state*,  Dallas News powered by the Dallas-Morning News (January 29, 2019) |
| 44 | Alexa Ura, *Texas quietly informs counties that some of the 95,000 voters flagged for citizenship review don't belong on the list*, The Texas Tribune (January 29, 2019) |
| 45 | Guillermo Contreras and Dylan McGuinness, *State hedges on claim that 100,000 Texas voters aren't citizens, faces federal lawsuit*, San Antonio Express-News (January 29, 2019) |
| 46 | Cassie L. Smith, *State: All 366 on local list of potential noncitizen voters are citizens,* Waco Tribune-Herald (January 31, 2019) |
| 47 | Liam Stack, *Many Texas Voters Whose Citizenship Was Questioned Are in Fact Citizens*, New York Times (January 29, 2019) |
| 48 | Paul Weber, *Texas tells counties noncitizen voter report may be flawed*, Associated Press (January 29, 2019) |
| 49 | Associated Press, *18K Houston area voters removed from citizenship check,* The Tribune (January 30, 2019) |
| 50 | James Barragán, Robert T. Garrett, and Julieta Chiquillo, *Tens of thousands removed from potential non-citizen voters list after counties find flawed data*, Dallas Morning News (January 31, 2019) |
| 51 | Phil Prazan, *County officials: Texas non-citizen voter list is 'too big,' wrong*, KXAN (January 30, 2019) |
| 52 | Gregg Re, *List of 95K ineligible voters on the rolls may be overstated, Texas State Department suggests*, FOX News (January 30, 2019) |

| EXH. NO. | DOCUMENT |
|---|---|
| 53 | Carlos Sanchez, *Former Texas Secretary of State Believes Inaccurate Voting List Should Be Rescinded*, Texas Monthly (January 31, 2019) |
| 54 | Ashley Lopez, *Gov. Greg Abbott Says Alleged Noncitizen Voter Purge Is A 'Work In Process,'* KUT (January 31, 2019) |
| 55 | James Barragán and Julieta Chiquillo, *Texas issues new guidelines for counties to probe whether noncitizens voted*, Dallas Morning News (February 1, 2019) |
| 56 | Greg Allen, *World War II Vet Caught Up In Florida's Voter Purge Controversy*, NPR (May 31, 2012) |
| 57 | Janell Ross, *Florida Voter Purge Will Continue, Defying Federal Warning*, Huffington Post (June 2, 2012) |
| 58 | Steve Bousquet, *Fla. Gov. Rick Scott's voter purge efforts start anew*, Tampa Bay Times (September 27, 2012) |
| 59 | Steve Bousquet and Amy Sherman, *Florida suspends non-citizen voter purge efforts*, (March 27, 2014) |
| 60 | *Scott Gessler, Colorado's Secretary Of State, Asks 4,000 Registered Voters For Proof Of Citizenship*, Huffington Post (August 17, 2012) |
| 61 | Jordan Fabian, *Voter Purging Resurfaces in Colorado*, ABC News (October 24, 2019) |
| 62 | Sam Levin, *Out of fourteen illegal voters banned after Scott Gessler's campaign, how many voted? Zero* Westword (October 12, 2012) |
| 63 | Robert T. Garrett, *Texas' top election official: About 58,000 non-citizens cast ballots in state elections since 1996*, Dallas News (January 25, 2019) |
| 64 | Alexa Ura, *How An Attempt To Review Texas' Voter Rolls Turned Into A Debacle*, Texas Tribune (February 4, 2019) |
| 65 | DHS statbooks, FY 2012-2017 |
| 66 | Jeremy Wallace, *Harris County pushes back against state's call for voter purge*, Chron (Jan. 28, 2019) |
| 67 | Hank Murphy, *Letters go out to 21 Wood County voters inquiring about citizenship* (Feb. 6, 2019) |

**Dated:  February 11, 2019**            **Respectfully Submitted,**

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
By: */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
Attorney-in-Charge
Ernest I. Herrera (Tex. Bar No. 24094718)
(SD of Tex. Bar No. 2867694)
Alejandra Ávila (Tex. Bar No. 24089252)

4

(SD of Tex. Bar No. 2677912)
Jack Salmon (Tex. Bar No. 24068914)
(SD of Tex. Bar No. 1130532)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

Attorneys for Plaintiffs