IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JULIETA GARIBAY, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Civil Action No. 2:19-cv-00040 |
| | § | |
| DAVID WHITLEY, *et al.* | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF FILING OF ADDITIONAL EVIDENCE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER

Plaintiffs Julieta Garibay, *et al.* hereby file this Notice of Filing of Additional Evidence in Support of their Application for a Temporary Restraining Order, or in the Alternative, Motion for Preliminary Injunction (hereinafter, "Application for a Temporary Restraining Order") [Dkt. 5]. Plaintiffs attach 6 declarations to this Notice:

- Declaration of Ernest I. Herrera, regarding exhibits in support of Plaintiffs' Application for a Temporary Restraining Order, and to which, two new exhibits in support of the TRO application are attached:

    o  Amended and Supplemental Exhibit List

    o  Replacement Exhibit 37

    o  Exhibit 68—Letter from Texas Secretary of State David Whitley to Representative Alma Allen, dated February 13, 2019.

    o  Exhibit 69—Alexa Ura, "The AG's office told lawmakers it isn't investigating voters on Texas's citizenship review list. It told a local office the opposite," *Texas Tribune* (February 11, 2019).

- Declaration of Elena Keane (Exhibit 14)

- Declaration of Martine Hummel (Exhibit 70)

- Amended Declaration of Juanita Valdez-Cox (Exhibit 71)

- Declaration of Dr. Deborah Liles (Exhibit 72)

- Declaration of El Paso County Elections Administrator Lisa Wise (Exhibit 73)

Plaintiffs respectfully request that the above-referenced documents be considered in support of their Application for a Temporary Restraining Order [Dkt. 5].

Dated:  February 15, 2019                             Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
By:  */s/ Nina Perales*
Nina Perales (Tex. Bar No. 24005046);
Attorney-in-Charge
Ernest I. Herrera (Tex. Bar No. 24094718)
(SD of Tex. Bar No. 2867694)
Alejandra Ávila (Tex. Bar No. 24089252)
(SD of Tex. Bar No. 2677912)
Jack Salmon (Tex. Bar No. 24068914)
(SD of Tex. Bar No. 1130532)
110 Broadway, Suite 300
San Antonio, Texas 78205
Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 15th day of February, 2019, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales