# EXHIBIT 70

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

JULIETA GARIBAY, *et al.*  §

§

**vs.**  §  **Civil Action No. 2:19-cv-00040**

§

DAVID WHITLEY, *et al.*  §

## DECLARATION OF MARTINE HUMMEL
## IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER

STATE OF TEXAS  §

COUNTY OF TRAVIS  §

1. My name is Martine "Mariette" Hummel, and I am a resident and registered voter of Travis County. I am over the age of 18 and fully competent to make this declaration. I have personal knowledge of each of the matters stated in this declaration.

2. I naturalized and became a U.S. citizen on August 24, 2017.

3. After I became a U.S. citizen, I registered to vote in person at the Travis County Election Office and the effective date of my voter registration is March 4, 2018. I voted in the 2018 March primaries and General Election.

4. I currently have a valid Texas driver's license. I most recently renewed my Texas driver's license at the Department of Public Safety on February 12, 2014. My driver's license expires on May 8, 2019.

5. When I most recently renewed my driver's license, I was a lawful permanent resident.

6. On or about February 4, 2019, I called the Travis County Tax Assessor-Collector's office and left a voicemail asking whether the County received my information as part of the Texas Secretary of State's announcement that he would send counties lists of registered voters who obtained a driver's license while not a U.S. citizen. On February 4, I also sent an email to the Travis County Tax Office and Travis County Elections saying that I am a Dutch native who naturalized as U.S. citizen, and that I wanted to find out "whether I was (incorrectly) included on the list of non-citizen voters that recently became news."

7. On February 4, 2019, the Voter Registration Director in Travis County, Gretchen Nagy, wrote to me in an email that she "searched the file that was sent to us, and I did find that you were listed on it."

8. I called Ms. Nagy directly on the same day. Ms. Nagy expressed that Travis County was investigating the accuracy of the list. I told Ms. Nagy that I am a U.S. citizen and asked what I needed to do to be removed from the list. Ms. Nagy said that some other people cancelled their voter registrations, suggesting to me that I could do the same. I told Ms. Nagy that I did not want to do that. Ms. Nagy said that the county is still trying to figure out what to do and that there was nothing else for me to do at this point. Ms. Nagy said that, if they continued to investigate the list, they would eventually contact me and ask for proof of citizenship. I recall that she said she could not remove me from the list at this time because she does not have access to federal records that contain the date of my naturalization.

9. Confirming I am on this list has made me feel very worried that I may no longer be

allowed to vote. I am worried that my voter registration will be cancelled. I am also upset that I am on a list of individuals accused of illegal registration and voting. I worry that I'm going to be criminally investigated for registering and voting. I feel that I did something wrong in my voter registration or because I voted.

10. I do not know how I would be able to become a registered voter again if I am removed from the voter rolls for non-U.S. citizenship (when I am in fact a U.S. citizen).

To me, registering to vote was very important. I am married to a U.S. citizen; I have a five-year-old son who is a native-born U.S. citizen; and I have built a life and career here in Texas. By becoming a citizen and obtaining the right to vote, I now have the ability to help determine the future for my family, my community and most importantly: my young son. As a mother and a citizen, I feel that I am able to participate in important questions about the future of our city, state, and country.

11. I worked hard and waited many years to become a U.S. citizen. After building a life in this country without the ability to vote, I was proud to finally have a voice at the ballot box. After spending time and money to obtain the full rights of citizenship, I now feel like a second-class citizen.

12. I know there are other people who are naturalized U.S. citizens who fear they might receive letters because of the Texas Secretary of State's advisory. Others in the Dutch community in Austin have expressed concern that they might be on the list or have stated they already found out they are also included on the list.

13. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed in Travis County, Texas on the 14th day of February, 2019.

Martine Hummel

2